UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN ROWLAND,

               Plaintiff,

        -v-                                            1:25-CV-1150 (AJB/TWD)

JEFF FERGUSON *et al.*,

               Defendants.
_____

**APPEARANCES:**                                            **OF COUNSEL:**

JOHN ROWLAND
Plaintiff, Pro Se
25-R-1918
Mohawk Correctional Facility
P.O. Box 8451
Rome, NY 13440

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On August 25, 2025, *pro se* plaintiff John Rowland ("plaintiff"), who is confined at Mohawk Correctional Facility, filed this 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights during the course of a prosecution in Warren County. Dkt. No. 1. Along with his complaint, plaintiff also moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 3.

On October 20, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP Application and, after conducting an initial review, advised by Report & Recommendation ("R&R") that plaintiff's complaint be dismissed with leave to amend. Dkt. No. 4.

Plaintiff has not lodged objections to the R&R, and the time period in which to do so has expired.  See Dkt. No. 4.  Upon review for clear error, the R&R will be accepted and adopted in all respects.  See FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED;

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend;

3. Plaintiff shall have THIRTY DAYS from the date of this decision in which to file an amended complaint;

4. If plaintiff timely files an amended complaint, the Clerk of the Court shall return the file to Judge Dancks for further review; and

5. If plaintiff does not timely file an amended complaint, the Clerk of the Court shall enter a judgment dismissing this action and close the file without further order of the Court.

The Clerk of the Court is directed to terminate the pending motion and set a deadline accordingly.

**IT IS SO ORDERED.**

Dated:  November 7, 2025
        Utica, New York.

Anthony J. Brindisi
U.S. District Judge